Michael FRANKLIN, Appellant,

v.

TIME WARNER ENTERTAINMENT and Division of Employment Security, Respondents.

No. WD 71969.

Missouri Court of Appeals, Western District.

June 21, 2011.

Michael Franklin, Appellant pro se.

Julia Diane Kitsmiller, Kansas City, MO, and Larry Raymond Ruhmann, Jefferson City, MO, for respondents.

Division Four: LISA WHITE HARDWICK, P.J., JAMES M. SMART, JR., and VICTOR HOWARD, JJ.

### ORDER

PER CURIAM:

Michael Franklin appeals the decision of the Labor and Industrial Relations Commission denying him unemployment benefits based upon a finding that he was discharged for misconduct connected with his work. We deny the Respondent's motion to dismiss the appeal. We affirm the decision of the Commission. Rule 84.16(b).

Dennis L. RUSSELL, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 72567.

Missouri Court of Appeals, Western District.

June 21, 2011.

Mark A. Grothoff, Columbia, MO, for appellant.

Mary H. Moore, Jefferson City, MO, for respondent.

Before GARY D. WITT, P.J., JAMES EDWARD WELSH, and ALOK AHUJA, JJ.

### ORDER

PER CURIAM:

Dennis L. Russell appeals the circuit court's judgment denying his Rule 29.15 motion for post-conviction relief after an evidentiary hearing. We affirm. Rule 84.16(b).